IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIE LEE JILES and LEMARR
WASHINGTON,

Defendants.

8:23MJ132

ORDER FOR DISMISSAL

Pursuant to Motion of the United States (Filing No. 19), pursuant to Federal Rule of

Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Criminal

Complaint against WILLIE LEE JILES and LEMARR WASHINGTON.

IT IS ORDERED that the Motion to Dismiss the Criminal Complaint (Filing No. 19) is
granted.

Dated this 27th day of March, 2023.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge